ALABAMA MIDDLE DISTRICT

FRANK M. JOHNSON, JR., FEDERAL COURT HOUSE

RECEIVED

2007 JUN 25  P 2:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CAREY A. FORTSON, SR.,

     Plaintiff.          )

vs.                      )

BUMBLE BEE FOODS, LLC;     )
CON AGRA FOODS, LLC;       
BUREAU OF PRISON "BOP"    )     CIVIL ACTION NO. 2:07CV576-mht
FEDERAL PRISON CAMP COMMISSARY
STAFF MR. WEST, MR. ALIMIN,   )
MR. GORDON, MR. SMITH/SAFETY
MANAGER, and D. DREW, WARDEN,  )

     Defendants.        )

---

## COMPLAINT

COMES NOW, Carey A. Fortson, Sr., Plaintiff in this case, and for his Complaint against the above Defendants, show the court as follows:

### 1.

Plaintiff is an individual resident of the State of Alabama, who is presently incarcerated at the Federal Prison Camp, Maxwell Air Force Base located in Montgomery, Alabama 36112.

### 2.

This court has proper jurisdiction because Defendants Bumble

Bee Foods, LLC and Con Agra Foods, LLC sale their product in the Middle District of Alabama. Defendants "BOP" Federal Prison Camp Commissary Staff is located at Maxwell Air Force Base, Middle District of Alabama. Venue is proper because Plaintiff's injuries occurred as a result of Defendants defective product, in Montgomery, Montogmery, Alabama.

3.

On October 24, 2006, the Plaintiff purchased four (4) Kippered Snacks from the "BOP" Federal Prison Camp Commissary. See: Exhibit "A".

4.

On October 27, 2006, the Plaintiff had eaten most of the Kippered Snacks out of the can. Two hours or so later, Plaintiff started having severe abdominal pains and burning sensations. Around 4:00 P.M. Count Time, Plaintiff stopped Officer Biggs, and explained to him the pains he was having, because of what he had eaten [Kippered Snacks]. Officer Biggs told Plaintiff to report to the pill line after count time to see the pharmacist. When the the count was cleared, Plaintiff immediately went to the pill line line and explained to the Physician Assistant, Rodique, what he had eaten and was given some Pink Bismuth Tablets.

5.

On October 28, 2006, Plaintiff had to go back to the pill line a second time for more Pink Bismuth Tablets for his illnesses.

2.

The United States Department of Health Register Nurse, J. Grindle, asked the Plaintiff what he had eaten the day before. The Plaintiff told him that he had eaten some Kippered Snacks. Then Plaintiff explained to the nurse the pains he started having after consuming the Kippered Snacks [abdominal pains and burning sensations]. Then the nurse gave the Plaintiff some Pink Bismuth Tablets.

6.

On October 29, 2006, the Plaintiff had to go back to the pill line a third time for his illnesses and was given more Pink Bismuth Tablets. The Plaintiff then showed the nurse a portion of the defective product that was inside of the Kippered Snacks can. See: Exhibit "B" & "B1". The nurse told Plaintiff that he needed to see a doctor on Monday for some medication, because he couldn't give anymore.

7.

On October 29, 2006, the Plaintiff showed the defective product to Mr. Smith, Safety Manager/Commissary Staff, for the Federal Prison Camp. "He said that it was fungus." Mr. Smith asked the Plaintiff if he had anymore Kippered Snacks, and if so, did I wanted to exchange them for other items from the Commissary. The Plaintiff said yes, and Mr. Smith told Plaintiff to take them back to the Commissary, and he'll have Mr. West to exchange them.

3.

8.

On October 30, 2006, the Plaintiff went to sick call to see a doctor for his illnesses. The Plaintiff explain to the Physician Assistant, McNeil, what he had eaten [Kippered Snacks]. And few hours thereafter I started having abdominal pains and burning sensations. The Physician Assistant, McNeil, examined Plaintiff and prescribed some medications for him and ordered a blood test to determine what the Plaintiff had eaten. See: Exhibit "C" & "C1" & C2".

9.

On October 30, 2006, the Plaintiff took the defective product and the three (3) Kippered Snacks back to the Commissary to Mr. West, Commissary Staff, as directed by Mr. Smith on October 29, 2006. Mr. West offered to give the Plaintiff another Kippered Snacks can for the defective one; but Plaintiff told him no because it made Plaintiff sick. Mr. West told the Plaintiff to bring the three (3) Kippered Snacks back on Plaintiff's Commissary shopping day, and he'll exchange them for other items.

10.

On October 31, 2006, the Plaintiff took the three (3) Kippered Snacks back to the Commissary, and Mr. West substracted them and credited Plaintiff with other items. See: Exhibit "D".

4.

11.

On November 2, 2006, Commissary Staff, Mr. West and the
United States Department of Health Register Nurse, Mr. Grindle,
both wrote statements for the Plaintiff as to what they had observed
inside Kippered Snacks can. See: "E" & "El".

12.

On November 21, 2006, Mr. Smith, Safety Manager/Commissary,
for the Federal Prison Camp wrote the Plaintiff a statement as to
what he had observed inside the Kippered Snacks can. See: Exhibit "F".

13.

On November 21, 2006, the Plaintiff was given some medication
because Bumble Bee Foods, LLC and Con Agra Foods, LLC product had a
bacteria in it that caused Plaintiff's intestines to become irritated
and, they needed to be clam down. See: Exhibit "G".

14.

On November 30, 2006, Physician Assistant, McNeil, explained
to Plaintiff that even though the Kippered Snacks had passed through,
it will show up in the blood test. Then he prescribed Plaintiff some
medications, because his blood test had tested positive for H. pylori,
see Exhibit "C", a bacteria that was in the defective product from
Bumble Bee Foods, LLC and Con Agra Foods, LLC that the Plaintiff
had consumed. Exhibit "H" Medications.

5.

15.

On January 24, 2007, another blood test was done to determined whether or not the medications had gotten rid of the bacteria, H. pylori, that the Plaintiff had consumed from Bumble Bee Foods, LLC and Con Agra Foods, LLC defective product. The bacteria, H. pylori, is still active in Plaintiff blood. See: Exhibit "I".

16.

Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC both were negligence selling a defective product with a bacteria, H. pylori, that caused Plaintiff illnesses.  Kippered Snacks Code number 5X1 172 0 20100 00048 9 best by date 1/1/2008. See: Exhibit "J" & "B" & "B1".

17.

Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC both were negligence failing to notify the Federal Prison Camp Commissary of their defective product with a bacteria, H. pylori, after they were notified by this Plaintiff before the filing of his Complaint. See: Exhibit "J" & "B" & "B1".

18.

On October 24, 2006, Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC both were negligence failing to ensure the Plaintiff safety from a defective product under government standards and regulations.

6.

19.

Defendants Federal Prison Camp Commissary Staff Mr. West, Mr. Alimin, Mr. Gordon, and Mr. Smith/Safety Manager are negligence continuing selling Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC defective product after they had personally observed it on October 29th [Mr. Smith] and 30th [Mr. West and Alimin] of 2006. See: Exhibit "K" & "E" & "F".

20.

Defendants Federal Prison Camp Commissary Staff Mr. West, Mr. Alimin, Mr. Gordon, and Mr. Smith/Safety Manager are negligence for not notifying Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC on October 30, 2006, concerning their defective product that was distributed to the Federal Prison Camp Commissary for sales.

21.

Defendants Bumble Bee Foods, LLC and Con Agra Foods, LLC defective product caused the Plaintiff to have to take Ranitidine for an six (6) months period before another blood test can be done to determined whether or not the bacteria, H. pylori, is still present in Plaintiff blood. See: Exhibit "L"

7.

DEMAND FOR JURY TRIAL

Pursuant to the Rule of Civil Procedure, Plaintiff hereby makes demand for a jury trial on all issues tribally by a jury.

WHEREFORE, Plaintiff prays that he have a Trial by Jury, and that he be awarded a judgment against the Defendants jointly and severally. (1) Negligence $750,000; (2) Intentional Infliction of Emotional Distress $750,000; (3) Negligence Infliction of Emotional Distress $750,000; (4) Pain and Suffering $750,000; and (5) Punitive Damages, since their conduct was fraudulent, intentional, reckless and malicious.

_Carey A. Fortson, Sr., Pro-se_                     June 22, 2007
Carey A. Fortson, Sr., Pro-se
Federal Prison Camp
Birmingham Unit D
Maxwell Air Force Base
Montgomery, Alabama 36112

8.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Complaint has been mailed postage prepaid on this 22d day of <u>June</u>, 2007, to Frank M. Johnson, Jr. Federal Building United States Courthouse, One Church Street, P.O. Box 430 Montgomery, Alabama 36101

Bumble Bee Foods, LLC
9655 Granite Ridge Drive
Suite 100
San Diego, California 92123

Con Agra Foods, LLC
7350 World Communication Drive
Omaha, NE 68122

Bureau of Prison
C/O D. Drew [Warden]
1001 Willow Street
Montgomery, Alabama 36112



Carey A. Porter, Jr.
#86712-020
Federal Prison Camp
Birmingham Unit D
Maxwell Air Force Base
Montgomery, Alabama
36112

Magi 430

MAGI430  361012001 1107 08 06/23/07
NOTIFY SENDER OF NEW ADDRESS
US MAGISTRATE
1 CHURCH ST
MONTGOMERY AL 36104-4018



Sales Invoice        ——S.B.U.——
Montgomery FPC
MAIN
Account No. 86721020
FURTSUN, CAREY A                MON6251
10/24/2006 11:28:00 AM TX#925877      25

BEGINNING BALANCES:

Spending Limit Balance is $249.40

| Qty | Description | Price |
|-----|-------------|-------|
| 4 | KIPPERED SNACK | $4.40 |
| 1 | MUSTARD | $1.05 |
| 1 | CRUNCHY P/BTR | $2.20 |
| 10 | Debit Card | $10.00 |
| 1 | COLUMBIA COFFEE | $2.70 |
| 1 | ALERGY TABLETS-NE | $0.75 |
| 1 | HONEY WHEAT BREAD | $1.10 |
| 1 | ONIONS, JUMBO | $0.35 |
| 5 | BANANAS | $1.00 |

|  | Total |  |
|--|-------|--|
| Charge 86721020 | | $23.55 |
| | $23.55 | |

Items marked with * are Local Use Only

ENDING BALANCES:

Spending Limit Balance is $226.60

Signature
ALL SALES ARE FINAL

**EXHIBIT "A"**



EXHIBIT "B"



EXHIBIT "B-1"

**INMATE:** 86721-020
Carlson, Carly

**UNIT:** _____

**DETAIL:** _____

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

**DATE:** 10-30-06

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:

☐ **MEDICAL IDLE:** Return to work on: _____ , _____

☒ **MEDICAL CONVALESCENCE:** Return to work on: 10-31-06 , _____

☐ **MEDICALLY UNASSIGNED/NO DUTY:** Return to work on: _____ , _____

☐ **RESTRICTED DUTY:** State type of restrictions_____

_____ until _____

☐ **REGULAR DUTY**

☐ **OTHER:** _____

_____

_____

Signed: _____

A. McNeil, PA-C
FPC Montgomery, AL

**DEFINITIONS AND INSTRUCTIONS**

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Restricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation and callouts. **(ABSOLUTELY NO RECREATIONAL ACTIVITY).**

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations. **DO NOT DISRUPT ANY WORK AREA WHILE ON CONVALESCENCE.**

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the clinical director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

**WHITE:** Medical Record
**CANARY:** Unit
**PINK:** Work Supervisor
**GOLDENROD:** Inmate

**EXHIBIT "C"**


PRINTED ON RECYCLED PAPER    FCI-SST

MON-MRF

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL  36112
   75718       A. MCNEIL          10/30/06
FORTSON, CAREY A                  86721-020
FPC MONTGOMERY HOUSING - B04-022U
TAKE ONE CAPSULE BY MOUTH EACH DAY
30 MINUTES PRIOR TO THE FIRST MEAL

OMEPRAZOLE 20 MG CAP                    #30
(1)Refills      10/30/2006    BSN    RxExp 12/28/06
      CAUTION: Federal/State law prohibits transfer of this drug
          to any person other than patient for whom prescribed.

EXHIBIT "C-1"

```
Sales Invoice  ----S.B.U.----
Montgomery FPC
MAIN
Account No. 86721020     MON6251
FORTSON, CAREY A
10/31/2006 01:55:17 PM TX#929008    25
---------------------------------------
BEGINNING BALANCES:
Spending Limit Balance is $226.60
=======================================
Qty   Description              Price
=======================================
-3    KIPPERED SNACK          ($3.30)
 3    Debit Card               $3.00
 5    39 CENT STAMP            $1.95
 5    POLAR FRUIT SALAD        $5.75
 5    FILLETS OF MACKER        $5.75
 1    DELMONTE RAISINS         $1.90
 5    RAMEN CAJUN SHRIM        $1.25
 1    HONEY WHEAT BREAD        $1.10
 1    HONEY OAT CLUSTER        $2.60
 2    ONIONS, JUMBO            $0.60
 5    BANANAS                  $1.00

         Total                $21.60

Charge 86721020        $21.60
---------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:

Spending Limit Balance is $206.95


Signature
ALL SALES ARE FINAL
```

**EXHIBIT "D"**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

---

| TO:(Name and Title of Staff Member) Mr. West (Commissary Staff) | DATE: November 1, 2006 |
|---|---|
| FROM: Carey A. Fortson, Sr. | REGISTER NO.: 86721-020 |
| WORK ASSIGNMENT: Gunter AFB | UNIT: Birmingham Unit D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Mr. West, I need for you to state in writing what you identified

in the Beach Cliff Kippered Snacks can, on the portion of the fillets

herring, October 30, 2006, (Monday) when I brought it to you at the

commissary.

Thank you,

*Carey A. Fortson, Sr.*

(Do not write below this line)

---

DISPOSITION: **On 10/30/06, Inmate Fortson did bring a mostly eaten can of Beach Cliff Kippered Snacks by the commissary to inspect. The one piece of fish in the can did have something unusual on it.**

EXHIBIT "E"

---

| Signature Staff Member *West* | Date 11-2-06 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Grindle (RN) | DATE: November 1, 2006 |
|---|---|
| FROM: Carey A. Fortson, Sr. | REGISTER NO.: 86721-020 |
| WORK ASSIGNMENT: Gunter AFB | UNIT: Birmingham Unit D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Mr. Grindle, I need for you to state in writing what you identified in the Beach Cliff Kippered Snacks can, on the portion of the fillets herring, on October 29, 2006, (Sunday) when I came to the pill line for more Bismuth tablets.

Thank you,

*Carey A. Fortson, Sr.*

(Do not write below this line)

DISPOSITION:

On October 29 2006, You presented me an opened can of fish. At that time there appeared to be a white nodular substance on the remaining portion of fish in the can.

**EXHIBIT "E-1"**

| Signature Staff Member | Date 11/2/06 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

♲ Printed on Recycled Paper

**U.S. Department of Justice**          **RESPONSE TO INMATE REQUEST**
Federal Bureau of Prisons

| From: | Fortson, Carey A. | 86721-020 | B'Ham - D | FPC Montgomery |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**RESPONSE/DISPOSITION**

This is in response to your Inmate Request to Staff dated November 01, 2006.  In the request you are asking for Mr. Smith, Safety Manager to write what he observed in the Beach Cliff Kippered Snacks can on Sunday, October 29, 2006.

I observed a can in a plastic bag. This can was opened and less than half full. The meat inside had a white fungus type growth on it.

I trust this information is responsive to your concerns.

_____
11/21/06
DATE

_____
SIGNATURE

**EXHIBIT "F"**

**FPC MONTGOMERY PHARMACY**     (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL  36112
 76240          O. RODRIGUEZ          11/21/06
                                        86721-020
FORTSON, CAREY A
FPC MONTGOMERY HOUSING - B04-022U
TAKE TWO CAPSULES BY MOUTH FOUR
TIMES DAILY FOR 10 DAYS

**DICYCLOMINE HCL* 10 MG CAP**                    #40
(1)Refills     11/21/2006     BSN     RxExp 11/30/06
       CAUTION: Federal/State law prohibits transfer of this drug
           to any person other than patient for whom prescribed.

EXHIBIT "G"

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
76490          A. MCNEIL          11/30/06
                                  86721-020
FORTSON, CAREY A
FPC MONTGOMERY HOUSING - B04-022U
TAKE ONE TABLET BY MOUTH TWICE
DAILY

CLARITHROMYCIN 500 MG TAB
(0)Refills    11/30/2006    BSN    RxExp 12/13
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.
(0)Refills    11/30/2006    BSN    RxExp 12/13/06
#56
AMOXICILLIN 500 MG CAP

DAILY
TAKE TWO CAPSULES BY MOUTH TWICE
FPC MONTGOMERY HOUSING - B04-022U
FORTSON, CAREY A
86721-020          76491
11/30/06          A. MCNEIL
BLDG 1249 - MAXWELL AFB, AL 36112
(334) 293-2171    FPC MONTGOMERY PHARMACY

EXHIBIT "H"

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI 65808
(417) 862-7041

=====================================================================
*** SENSITIVE BUT UNCLASSIFIED ***
FINAL REPORT
=====================================================================

Register Number : 86721-020                    Age        : 107y
Name           : FORTSON, CAREY               Sex        :
Location       : FPC MONTGOMERY (MON)         Room       :
Admit. Physician: DR. GARCIA-BRENES           Accession Number : 1770
Order. Physician: DR. GARCIA-BRENES
Collected      : 01/24/07 @ 12:00 by: RE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|-----------------------|------|
| LIPID PROFILE | | | | |
| COMP PROFILE | | | | |
| Glucose | 78 | | 70 - 110 mg/dL | LN RY |
| Urea Nitrogen | 15 | | 7 - 22 mg/dL | LN RY |
| Creatinine | 1.1 | | 0.6 - 1.6 mg/dL | LN RY |
| Sodiuml | 144 | | 137 - 148 mmol/L | LN RY |
| Potassium | 5.5 | HI | 3.5 - 5.0 mmol/L | LN RY |
| Chloridel | 104 | | 99 - 114 mmol/L | LN RY |
| Calciuml | 9.8 | | 8.5 - 10.9 mg/dL | LN RY |
| Total Protein | 8.6 | HI | 6.0 - 8.2 g/dL | LN RY |
| Albumin | 5.0 | | 3.6 - 5.1 g/dL | LN RY |
| Alkaline Phos. | 86 | | 41 - 133 U/L | LN RY |
| AST(SGOT) | 53 | | 11 - 55 U/L | LN RY |
| Total Bilirubin1 | 1.4 | HI | 0.2 - 1.3 mg/dL | LN RY |
| Cholesterol | 212 | HI | 50 - 200 mg/dL | LN RY |
| Triglyceride | 73 | | 10 - 150 mg/dL | LN RY |
| ALT1(SGPT) | 91 | HI | 11 - 66 U/L | LN RY |
| dHDL | 65 | HI | 40 - 60 mg/dL | LN RY |
| LDLC | 132 | HI | 0 - 130 mg/dL | HS RY |
| Chol/dHDL Ratio | 3.3 | | | LN RY |
| PSA/Pros.Spec.Ag | 0.93 | | 0.03 - 4.00 ng/ml | TA RY |
| H. pylori Ab | Positive | | Negative | RS RY |

Legend
LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

Name            : FORTSON, CAREY          Location  : MON
Register Number : 86721-020               Page      : 1 of 1
Printed         : 01/26/2007 @ 11:08

EXHIBIT "I"



Bumble Bee Foods, LLC
P.O. Box 85362
San Diego, CA 92186-5362
9655 Granite Ridge Drive, Suite 100
San Diego, CA 92123
(858) 715-4000 Ph.
(858) 560-6045 Fx
http://www.BumbleBee.com

November 1, 2006

Mr Carey Fortson Sr.
Federal Prison Camp
Birmingham Unit D
Maxwell Air Force Base
Montgomery, AL 36112

Dear Mr Fortson Sr.:

Thank you for returning the foreign contaminant you found in our Beach Cliff Kippered Snacks.

When sardines are processed, only the head, gill and tail portions are removed; they are not gutted or deboned. We are however, continually striving to keep the presence of any visceral and /or fish eggs material to a minimum. This practice is in compliance with government standards. Furthermore, we have established very demanding inspection procedures to ensure that acceptable quality standards are maintained and all relevant government regulations adhered to.

Customer satisfaction is important to our company. We appreciate your courtesy in bringing this matter to our attention. We hope you will continue to use and enjoy our products by redeeming the enclosed coupons.

Sincerely,

Letty L. Perez
Consumer Affairs Correspondent

000263192A
Enclosure:
6 Beach Cliff - Any Beach Cliff Product

**EXHIBIT "J"**

      

Sales Invoice ---S.B.U.---
Montgomery PDC
8108
Account No. 85721020       M0206231
FORTSON, COREY A
08/24/2007 12:14:47 PM IN41943609    14

BEGINNING BALANCES:

Spending Limit Balance is $260.00

| Qty | Description | Price |
|-----|-------------|-------|
| 20 | 2 CENT STAMP | $0.40 |
| 2 | KIPPERED SNACK | $2.80 |
| 1 | DELMONTE RAISINS | $1.90 |
| 1 | QUICK OATS | $1.75 |
| 1 | CRUNCHY P/BTR | $2.20 |
| 1 | COUNTRY COOKIE SA | $0.75 |
| 1 | DURACELL AAA | $2.20 |

Total          $11.40

Charge 85721020        $11.40

Items marked with # are Local Use Only

ENDING BALANCES:

Spending Limit Balance is $249.00

Signature
ALL SALES ARE FINAL





EXHIBIT "K"

**FPC MONTGOMERY PHARMACY**     (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL  36112
    79654        O. GARCIA-BRENES         03/29/07
FORTSON, CAREY A               86721-020
FPC MONTGOMERY HOUSING - B04-022U
TAKE TWO TABLETS BY MOUTH TWICE
DAILY

**RANITIDINE 150 MG TAB**                #60
(11)Refills    03/29/2007    BSN    RxExp 09/24/07
        CAUTION: Federal/State law prohibits transfer of this drug
            to any person other than patient for whom prescribed.

EXHIBIT "L"