AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ _____ District of _Alabama_

RECEIVED

2007 JUN 25  P 2: 41

___ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

CASE NUMBER: _2:07CV576-mht_

Defendant

I, _CAREY A. FORTSON, SR._ _____ declare that I am the (check appropriate box)

G petitioner/plaintiff/movant          G other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      (G Yes)      G No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Federal Prison Camp Montgomery_

    Are you employed at the institution? _Yes_ Do you receive any payment from the institution? _Yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?      (G Yes)      G No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._9.27 a month. Federal Prison Camp Montgomery_

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment      G Yes      G No
    b.  Rent payments, interest or dividends              G Yes      G No
    c.  Pensions, annuities or life insurance payments     G Yes      G No
    d.  Disability or workers compensation payments        G Yes      G No
    e.  Gifts or inheritances                            (G Yes)      G No
    f.  Any other sources                                G Yes      G No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _None_

AO 240 Reverse (Rev. 10/03)

*I received money for the use of ITS Phone, Purchasing items From the Commissary, and For Urinalysis Fee. I will not receive any more money. See: Letter*

4.  Do you have **any** cash or checking or savings accounts?        G Yes        (G No)

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        G Yes        (G No)

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    *Monique Carter - Daughter*

I declare under penalty of perjury that the above information is true and correct.

_6/20/2007_ _____        _Carey A. Fortson, Sr._ _____
         Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Dear Carey,

I had to return this for you to file. They require $ 350.00 filing fee. We do not have this amount at this time because of paying fees we owe.

But we are sending the form that we got from the Clerk of Middle Alabama court for you to fill out and get an affidavit showing that you can't afford to pay so you will qualify for fee filing.

We included your original copy and one other copy and we keep one.

Sorry that we don't have this amount of money to help.

Love,

Major

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Thomas I Counselor I* | DATE: *6-13-07* |
|---|---|
| FROM: *Carey A. Fortson, Sr.* | REGISTER NO.: *86721-020* |
| WORK ASSIGNMENT: *Gunter AFB* | UNIT: *Blr. D #14* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I need a copy of my inmate account.*

*Thank you.*

(Do not write below this line)

DISPOSITION:

*See attached statement as requested.*

| Signature Staff Member *Thomas* | Date *6-14-07* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

## Inmate Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 86721020 | | | **Current Institution:** | Montgomery FPC | | |
| **Inmate Name:** | FORTSON, CAREY | | | **Housing Unit:** | MON-B-D | | |
| **Report Date:** | 06/14/2007 | | | **Living Quarters:** | B04-014L | | |
| **Report Time:** | 8:14:08 AM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 6/12/2007 6:21:50 PM | ITS0612 | | | Phone Withdrawal | ($1.00) | | $295.14 |
| MON | 6/11/2007 7:31:29 PM | ITS0611 | | | Phone Withdrawal | ($1.00) | | $296.14 |
| MON | 6/11/2007 10:41:26 AM | 8 | | | Sales | ($51.15) | | $297.14 |
| MON | 6/9/2007 5:26:33 PM | ITS0609 | | | Phone Withdrawal | ($2.00) | | $348.29 |
| MON | 6/9/2007 11:22:41 AM | ITS0609 | | | Phone Withdrawal | ($2.00) | | $350.29 |
| MON | 6/8/2007 6:05:18 PM | ITS0608 | | | Phone Withdrawal | ($1.00) | | $352.29 |
| MON | 6/7/2007 5:44:15 PM | ITS0607 | | | Phone Withdrawal | ($1.00) | | $353.29 |
| MON | 6/6/2007 5:32:34 PM | ITS0606 | | | Phone Withdrawal | ($1.00) | | $354.29 |
| MON | 6/4/2007 10:35:38 AM | 6 | | | Sales | ($14.65) | | $355.29 |
| MON | 6/4/2007 9:10:03 AM | GIPP0507 | | | Payroll - IPP | $9.24 | | $369.94 |
| MON | 6/2/2007 6:25:40 AM | ITS0602 | | | Phone Withdrawal | ($8.00) | | $360.70 |
| MON | 6/1/2007 5:55:39 PM | ITS0601 | | | Phone Withdrawal | ($1.00) | | $368.70 |
| MON | 5/31/2007 6:06:32 PM | ITS0531 | | | Phone Withdrawal | ($1.00) | | $369.70 |
| MON | 5/31/2007 3:05:53 PM | 64 | | | Sales | ($11.05) | | $370.70 |
| MON | 5/30/2007 7:11:19 PM | ITS0530 | | | Phone Withdrawal | ($1.00) | | $381.75 |
| MON | 5/29/2007 5:39:34 PM | ITS0529 | | | Phone Withdrawal | ($1.00) | | $382.75 |
| MON | 5/29/2007 10:40:17 AM | GJV0104 | | | Urinalysis Fee | ($34.58) | | $383.75 |
| MON | 5/25/2007 6:49:43 PM | ITS0525 | | | Phone Withdrawal | ($1.00) | | $418.33 |
| MON | 5/24/2007 8:13:04 PM | ITS0524 | | | Phone Withdrawal | ($2.00) | | $419.33 |
| MON | 5/24/2007 12:24:47 PM | 14 | | | Sales | ($11.40) | | $421.33 |
| MON | 5/23/2007 6:31:55 PM | ITS0523 | | | Phone Withdrawal | ($2.00) | | $432.73 |
| MON | 5/19/2007 2:32:22 PM | ITS0519 | | | Phone Withdrawal | ($2.00) | | $434.73 |
| MON | 5/17/2007 8:00:11 PM | ITS0517 | | | Phone Withdrawal | ($2.00) | | $436.73 |
| MON | 5/14/2007 5:10:37 PM | ITS0514 | | | Phone Withdrawal | ($1.00) | | $438.73 |
| MON | 5/14/2007 3:18:37 PM | 71 | | | Sales | ($5.85) | | $439.73 |
| MON | 5/12/2007 8:31:26 AM | ITS0512 | | | Phone Withdrawal | ($3.00) | | $445.58 |
| MON | 5/10/2007 12:06:11 PM | 33315907 | | | Western Union | $140.00 | | $448.58 |
| MON | 5/9/2007 4:55:58 PM | ITS0509 | | | Phone Withdrawal | ($1.00) | | $308.58 |
| MON | 5/7/2007 7:38:23 PM | ITS0507 | | | Phone Withdrawal | ($1.00) | | $309.58 |
| MON | 5/7/2007 3:13:40 PM | 81 | | | Sales | ($24.15) | | $310.58 |
| MON | 5/5/2007 7:26:53 PM | ITS0505 | | | Phone Withdrawal | ($1.00) | | $334.73 |
| MON | 5/4/2007 5:56:57 PM | ITS0504 | | | Phone Withdrawal | ($2.00) | | $335.73 |
| MON | 5/4/2007 8:45:14 AM | GDAP0407 | | | Payroll - DAP | $30.00 | | $337.73 |

MONTGOMERY FPC                    Page 1 of 2                    10-25-2006 11:21

INMATE VISITOR LIST                                      MONTERO-AYALA, CARLOS...

| | | | | | |
|---|---|---|---|---|---|
| MON | 5/4/2007 8:44:57 AM | GIPP0407 | Payroll - IPP | $8.88 | $307.73 |
| MON | 5/3/2007 4:42:17 PM | ITS0503 | Phone Withdrawal | ($1.00) | $298.85 |
| MON | 5/2/2007 4:36:35 PM | ITS0502 | Phone Withdrawal | ($1.00) | $299.85 |
| MON | 4/30/2007 7:41:42 PM | ITS0430 | Phone Withdrawal | ($1.00) | $300.85 |
| MON | 4/30/2007 10:51:00 AM | 10 | Sales | ($15.90) | $301.85 |
| MON | 4/29/2007 1:02:27 PM | ITS0429 | Phone Withdrawal | ($1.00) | $317.75 |
| MON | 4/28/2007 4:49:39 PM | ITS0428 | Phone Withdrawal | ($1.00) | $318.75 |
| MON | 4/28/2007 9:12:04 AM | ITS0428 | Phone Withdrawal | ($1.00) | $319.75 |
| MON | 4/27/2007 6:47:10 PM | ITS0427 | Phone Withdrawal | ($2.00) | $320.75 |
| MON | 4/26/2007 6:18:32 PM | ITS0426 | Phone Withdrawal | ($1.00) | $322.75 |
| MON | 4/23/2007 10:36:41 AM | 5 | Sales | ($28.80) | $323.75 |
| MON | 4/22/2007 11:23:40 AM | ITS0422 | Phone Withdrawal | ($1.00) | $352.55 |
| MON | 4/21/2007 8:56:17 AM | ITS0421 | Phone Withdrawal | ($1.00) | $353.55 |
| MON | 4/21/2007 6:59:12 AM | ITS0421 | Phone Withdrawal | ($1.00) | $354.55 |
| MON | 4/19/2007 5:30:52 PM | ITS0419 | Phone Withdrawal | ($2.00) | $355.55 |
| MON | 4/16/2007 7:32:54 PM | ITS0416 | Phone Withdrawal | ($2.00) | $357.55 |
| MON | 4/16/2007 10:40:19 AM | 14 | Sales | ($14.10) | $359.55 |

1 2 3 4 5

**Total Transactions: 239**

Totals:   ($2,000.88)      $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $295.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $295.14 |
| **Totals:** | **$295.14** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$295.14** |