IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY A. FORTSON, SR., #86721-020, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>BUMBLE BEE FOODS, LLC., et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO. 2:07cv576-MHT |

## **ORDER**

After an independent and de novo review of the record and there being no objections filed to the recommendation of the magistrate judge filed herein on June 28, 2007 (doc. no. 3), said recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is dismissed without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE, this the 19th day of July, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE