IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY A. FORTSON, SR., #86721-020,  )
  )
      Plaintiff,  )
  )
      v.  )      CIVIL ACTION NO. 2:07cv576-MHT
  )
BUMBLE BEE FOODS, LLC., et al.,  )
  )
      Defendants.  )

## **ORDER**

After an independent and de novo review of the record and there being no objections

filed to the recommendation of the magistrate judge filed herein on June 28, 2007 (doc. no.

3), said recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is dismissed without

prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE, this the 19th day of July, 2007.

      /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE